| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>SARIS, PATTI B. | 2. Court or Organization<br><br>U.S.D.C. MASSACHUSETTS | 3. Date of Report<br><br>05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>DISTRICT COURT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>J. J. MOAKLEY U.S. COURTHOUSE<br>1 COURTHOUSE WAY, SUITE 8110<br>BOSTON, MA 02210 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. CO-TRUSTEE | TRUST #3 |
| 2. CO-TRUSTEE | TRUST #4 |
| 3. CO-TRUSTEE | TRUST #5 |
| 4. Director | Bottom Line Inc., Boston, MA |
| 5. Director/Officer | Federal Judges Association (FJA) |
| 6. Member Board of Director | 21st Century Fund, Brookline High School, Brookline, MA |
| 7. Trustee | Codman Academy Foundation, Dorchester, MA |
| 8. President & founding member | Boston Intellectual Property American Inn of Court, MA |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Saris, Patti B.**

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | PRESIDENT AND FELLOWS OF HARVARD COLLEGE, CAMBRIDGE, MA - salary |
| 2. 2010 | HARVARD BUSINESS SCHOOL PUBLISHING, MA - Royalties |
| 3. 2010 | HIGHVISTA STATEGIES LLC, MA - Advisory fee |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 5/19 - 5/22/2010 | Washington, DC | National Workshop for Federal Judges | Transportation and meals |
| 2. | FJA | 9/15/2010 | Washington, DC | Congretional Reception | Transportation and meals |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | . |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Mass. St Port Authority, Muni Bonds | C | Interest | L | T | | | | | |
| 2. Mass. St G/O Cons Ln Series, Muni Bonds | D | Interest | M | T | | | | | |
| 3. Mass. Bay Trans Authority, Municipal Bonds | B | Interest | K | T | | | | | |
| 4. Strips TNT, Public Security (IRA) | A | Interest | L | T | | | | | |
| 5. Venture Investors Fund, LP | | None | J | W | | | | | |
| 6. Bank of America (formerly Fleet Natl Bank), Bank Accounts | A | Interest | J | T | | | | | |
| 7. - Bank of America , PCA Acct | A | Interest | | | Closed | 08/23/10 | K | | |
| 8. Realty Assoc Fund IV Corp | A | Dividend | J | W | | | | | |
| 9. Realty Assoc Fund IV, LLC (y) | | | | | | | | | |
| 10. Tucker Anthony Private Equity Fund I, LP | E | Distribution | L | U | | | | | |
| 11. Mass St Tpk Auth. Municipal Bond | B | Interest | | | Sold | 06/28/10 | K | | |
| 12. TA Conference LLC | H1 | Distribution | P1 | W | | | | | |
| 13. Realty Associates Fund V, LLC | H1 | Distribution | P2 | W | | | | | |
| 14. Tucker Anthony Private Equity Fund II | F | Distribution | M | W | | | | | |
| 15. Mass. In'l Fin Agy Municipal Bonds | C | Interest | L | T | | | | | |
| 16. Tucker Anthony Private Equity Fund III | E | Distribution | M | U | | | | | |
| 17. Tucker Anthony Private Equity Technology LP | E | Distribution | L | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Trust # 5 | G | Dividend | P2 | T | | | | | |
| 19. - Baupost Value Partners LP I | | | | | Redeemed (part) | 12/31/10 | M | | |
| 20. - Kensico Offshore Fd Ltd LP | | | | | | | | | |
| 21. - Global Fixed Inc Brandywine Inv Tr Mututal Fd | | | | | Sold (part) | 07/29/10 | J | | |
| 22. | | | | | Sold (part) | 11/23/10 | J | | |
| 23. - Van Eck Intl Invest Gold-A Mutual Fd | | | | | Buy (add'l) | 12/21/10 | L | | |
| 24. | | | | | Sold (part) | 12/30/10 | O | G | . |
| 25. - Dodge & Cox Income Fd mutual Fd | | | | | | | | | |
| 26. - Federated US Teas Cash money market (cash equiv) | | | | | Buy (add'l) | 01/05/10 | J | | |
| 27. | | | | | Buy (add'l) | 02/03/10 | J | | |
| 28. | | | | | Buy (add'l) | 03/02/10 | J | | |
| 29. | | | | | Buy (add'l) | 03/03/10 | J | | |
| 30. | | | | | Buy (add'l) | 03/30/10 | J | | |
| 31. | | | | | Buy (add'l) | 05/04/10 | J | | |
| 32. | | | | | Buy (add'l) | 05/24/10 | N | | |
| 33. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 34. | | | | | Buy (add'l) | 07/02/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 07/14/10 | J | | |
| 36. | | | | | Buy (add'l) | 08/03/10 | J | | |
| 37. | | | | | Buy (add'l) | 08/20/10 | J | | |
| 38. | | | | | Buy (add'l) | 09/03/10 | J | | |
| 39. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 40. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 41. | | | | | Buy (add'l) | 10/29/10 | K | | |
| 42. | | | | | Buy (add'l) | 11/02/10 | J | | |
| 43. | | | | | Buy (add'l) | 11/30/10 | K | | |
| 44. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 45. | | | | | Buy (add'l) | 12/23/10 | M | | |
| 46. | | | | | Buy (add'l) | 12/31/10 | P1 | | |
| 47. | | | | | Sold (part) | 01/12/10 | J | | |
| 48. | | | | | Sold (part) | 02/02/10 | L | | |
| 49. | | | | | Sold (part) | 02/12/10 | J | | |
| 50. | | | | | Sold (part) | 03/01/10 | J | | |
| 51. | | | | | Sold (part) | 04/05/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/12/10 | J | | |
| 53. | | | | | Sold (part) | 04/14/10 | J | | |
| 54. | | | | | Sold (part) | 05/11/10 | J | | |
| 55. | | | | | Sold (part) | 05/26/10 | N | | |
| 56. | | | | | Sold (part) | 06/10/10 | J | | |
| 57. | | | | | Sold (part) | 06/23/10 | J | | |
| 58. | | | | | Sold (part) | 07/08/10 | K | | |
| 59. | | | | | Sold (part) | 07/12/10 | J | | |
| 60. | | | | | Sold (part) | 07/15/10 | J | | |
| 61. | | | | | Sold (part) | 08/10/10 | J | | |
| 62. | | | | | Sold (part) | 08/18/10 | J | | |
| 63. | | | | | Sold (part) | 09/10/10 | J | | |
| 64. | | | | | Sold (part) | 09/21/10 | J | | |
| 65. | | | | | Sold (part) | 09/30/10 | J | | |
| 66. | | | | | Sold (part) | 10/12/10 | J | | |
| 67. | | | | | Sold (part) | 10/14/10 | J | | |
| 68. | | | | | Sold (part) | 11/10/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 12/01/10 | N | | |
| 70. | | | | | Sold (part) | 12/10/10 | J | | |
| 71. - Vanguard S/T Invest Gr Inv (Mutual fd) | | | | | Sold (part) | 02/02/10 | M | D | |
| 72. | | | | | Sold (part) | 03/09/10 | O | E | |
| 73. | | | | | Sold (part) | 04/01/10 | K | C | |
| 74. | | | | | Sold (part) | 05/21/10 | N | E | |
| 75. | | | | | Sold (part) | 07/08/10 | L | D | |
| 76. | | | | | Sold (part) | 09/20/10 | M | E | |
| 77. | | | | | Sold (part) | 11/29/10 | N | E | |
| 78. | | | | | Sold (part) | 12/07/10 | L | D | |
| 79. | | | | | Buy (add'l) | 12/30/10 | J | | |
| 80. - PIMCO Developing Local Mkt Fd, Mutual Fd (x) | | | | | Buy | 03/09/10 | N | | |
| 81. - SPDR Gold Tr, Mutual Fd (ETF) (x) | | | | | Open | 12/23/10 | P1 | | See Part VIII |
| 82. | | | | | Sold (part) | 12/30/10 | P1 | D | |
| 83. Trust # 8 | E | Int./Div. | O | T | | | | | |
| 84. - MA Commonwealth SR A Muni Bds (formerly MASt Gn'l Oblig) | | . | | | Sold | 08/24/10 | K | A | |
| 85. - MA Commonwealth SR B Muni Fds (formerly MA St Grant Antic) | | | | | Sold | 08/24/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Chilmark, MA Municipal Bd | | | | | Sold | 08/24/10 | K | A | |
| 87. - MA Bay Trans Auth Municipal Bd | | | | | Sold | 08/24/10 | K | B | |
| 88. - MA St Health & Ed Municipal Bd | | | | | Sold | 08/24/10 | K | C | |
| 89. - MA Water Pollution Municipal Bd | | | | | Sold | 08/24/10 | K | A | |
| 90. - Norwood, MA Municipal Bd | | | | | Sold | 08/24/10 | L | A | |
| 91. - University MA Bldg Auth Municipal Bds | | | | | Sold | 08/24/10 | L | C | |
| 92. - MA St Port Auth Municipal Bds | | | | | Sold | 08/24/10 | K | A | |
| 93. - MA St Tpk Auth Municipal Bds | | | | | Sold | 08/24/10 | L | | |
| 94. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Sold | 08/27/10 | L | | |
| 95. - Boston, MA Municipal bd | | | | | Sold | 08/24/10 | K | B | |
| 96. - Ishares MSCI Brazil Index Fd (mutual fd) | | | | | | | | | |
| 97. - SPDR Gold Trust (mutual fd) | | | | | | | | | |
| 98. - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 03/01/10 | J | | |
| 99. | | | | | Buy (add'l) | 05/21/10 | J | | |
| 100. | | | | | Buy (add'l) | 08/27/10 | N | | |
| 101. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 102. | | | | | Buy (add'l) | 12/30/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/21/10 | M | | |
| 104. | | | | | Sold (part) | 09/22/10 | M | | |
| 105. - Vanguard Developed Mkts Index, mutual fd (x) | | | | | Buy | 09/20/10 | M | | |
| 106. - Vanguard Dividend Appre, mutual fd (x) | | | | | Buy | 09/21/10 | M | | |
| 107. - Vanguard Emerging Markets, mutual fd (x) | | | | | Buy | 09/20/10 | M | | |
| 108. Trust # 9 | E | Int./Div. | N | T | | | | | |
| 109. - MA Commonwealth SR A Muni Bds (formerly MASt Gn'l Oblig) | | | | | Sold | 08/24/10 | K | A | |
| 110. - MA Commonwealth SR B Muni Fds (formerly MA St Grant Antic) | | | | | Sold | 08/24/10 | J | | |
| 111. - Chilmark, MA Municipal Bd | | | | | Sold | 08/24/10 | K | A | |
| 112. - MA Bay Trans Auth Municipal Bd | | | | | Sold | 08/24/10 | K | B | |
| 113. - MA Health & Ed Municipal Bd | | | | | Sold | 08/24/10 | L | B | |
| 114. - MA Water Pollution Municipal Bd | | | | | Sold | 08/24/10 | K | B | |
| 115. - Norwood, MA Municipal Bd | | | | | Sold | 08/24/10 | K | A | |
| 116. - University MA Bldg Auth Municipal Bds | | | | | Sold | 08/24/10 | K | B | |
| 117. - MA St Port Auth Municipal Bds | | | | | Sold | 08/24/10 | K | A | |
| 118. - MA St Tpk Auth Municipal Bds | | | | | Sold | 06/28/10 | J | | |
| 119. - New Bedford MA G/O Municipal Bds | | | | | Sold | 08/24/10 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - UBS RMA TaxFree Fd cash eq mutual fd | | | | | Sold | 08/27/10 | K | | |
| 121. - Boston, MA Municipal bd | | | | | Sold | 08/24/10 | K | B | |
| 122. - Ishares MSCI Brazil Index Fd (mutual fd) | | | | | | | | | |
| 123. - SPDR Gold Trust (mutual fd) | | | | | | | | | |
| 124. - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 03/01/10 | J | | |
| 125. | | | | | Buy (add'l) | 05/21/10 | J | | |
| 126. | | | | | Buy (add'l) | 08/27/10 | N | | |
| 127. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 128. | | | | | Sold (part) | 09/21/10 | M | | |
| 129. | | | | | Sold (part) | 09/22/10 | M | | |
| 130. - Vanguard Developed Mkts Index, mutual fd (x) | | | | | Buy | 09/20/10 | M | . | |
| 131. - Vanguard Dividend Appre, mutual fd (x) | | | | | Buy | 09/21/10 | M | | |
| 132. - Vanguard Emerging Markets, mutual fd (x) | | | | | Buy | 09/20/10 | M | | |
| 133. Trust # 10 | | None | N | W | | | | | |
| 134. - Travelers Life & Annuity Ins Co, universal life insurance | | | | | | | | | |
| 135. Trust # 11 | A | Dividend | P1 | W | | | | | |
| 136. - Manulife Fin'l Corp (formerly JHancock Finl Svcs), common | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. - Sun LIfe Assurance, universal life insurance | | | | | | | | | |
| 138. - Manufacturers Life Ins, universal life (John Hancock) | | | | | | | | | |
| 139. - Federated USTreas Cash Rsv cash eq mututal fd | | | | | | | | | |
| 140. MA Water Pollution Municipal Bonds | B | Interest | K | T | | | | | |
| 141. Tucker Anthony Private Equity Fund IV | F | Distribution | N | U | Buy (add'l) | 03/24/10 | J | | |
| 142. IRA Rollover | | | O | W | | | | | |
| 143. - Federated USTreas Cash Rsv cash eq mutual fd | A | Dividend | J | T | | | | | |
| 144. - Zoom Information Inc Cl B closely held | | None | J | W | | | | | |
| 145. - Vanguard Inflat Protect mutual fd | E | Dividend | O | T | Buy (add'l) | 03/29/10 | J | | |
| 146. | | | | | Buy (add'l) | 06/28/10 | J | | |
| 147. | | | | | Buy (add'l) | 09/27/10 | J | | |
| 148. | | | | | Buy (add'l) | 12/28/10 | J | | |
| 149. Battery Ventures VI L.P. | E | Distribution | L | U | | | | | |
| 150. Friends of Lime Rock II L.P. | G | Distribution | M | U | | | | | |
| 151. Park St Capl Natural Res Fd L.P. | F | Distribution | N | U | Buy (add'l) | 12/28/10 | J | | |
| 152. Patron Capital L.P. I | G | Distribution | N | U | Sold (part) | 09/22/10 | J | | |
| 153. US Fidenza LLC | | None | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. US Wertheim LLC | | None | M | U | | | | | |
| 155. MFB Northern Trust Co Funds Muni MM cash equiv. | A | Dividend | M | T | | | | | See Part VIII |
| 156. Northn AZ Univ Revs Municipal Bond | D | Interest | N | T | | | | | |
| 157. Phoenix AZ Civic Impt Municipal Bond | D | Interest | N | T | | | | | |
| 158. Trust # 14 | E | Distribution | O | T | | | | | |
| 159. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 02/19/10 | J | | |
| 160. - Int in MECM Investments LLC (closely held) (x) | | | | | | | | | |
| 161. Trust # 15 | E | Distribution | O | T | | | | | |
| 162. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 02/19/10 | J | | |
| 163. - Int in MECM Investments LLC (closely held) (x) | | | | | | | | | |
| 164. Trust # 16 | E | Distribution | O | T | | | | | |
| 165. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 02/19/10 | J | | |
| 166. - Int in MECM Investments LLC (closely held) (x) | | | | | | | | | |
| 167. Trust # 17 | E | Distribution | O | T | | | | | |
| 168. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 02/19/10 | J | | |
| 169. - Int in MECM Investments LLC (closely held) (x) | | | | | | | | | |
| 170. Park St Capital V LP | G | Distribution | O | U | Buy (add'l) | 12/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Buenos Aires Residential Co LLC | | None | | | Redeemed | 07/21/10 | L | | See Part VIII |
| 172. Plymouth Rock Co Inc OC Cl A - common stock | G | Dividend | P2 | T | | | | | |
| 173. CA St Municipal Bds | B | Interest | M | T | | | | | |
| 174. Texas Mun Pwr Municipal Bds | D | Interest | | | Sold (part) | 05/06/10 | N | | |
| 175. | | | | | Sold | 09/01/10 | L | | |
| 176. Buenos Aires Residential Co II LLC | E | Distribution | K | U | Redeemed (part) | 02/02/10 | M | | See Part VIII |
| 177. Friends of Lime Rock III LP | | None | O | U | Buy (add'l) | 04/01/10 | K | | |
| 178. | | | | | Buy (add'l) | 08/06/10 | J | | |
| 179. Highfields Capital II LP | | None | P1 | U | | | | | |
| 180. Millgate Partners II, LP | | None | P1 | U | | | | | |
| 181. WMD, LP | | None | K | W | | | | | |
| 182. Park St Natural Resource Fund II Combined (Private Equity) | G | Distribution | O | U | Buy (add'l) | 02/08/10 | J | | |
| 183. | | | | | Buy (add'l) | 02/22/10 | J | | |
| 184. | | | | | Buy (add'l) | 04/12/10 | J | | |
| 185. | | | | | Buy (add'l) | 05/26/10 | J | | |
| 186. | | | | | Buy (add'l) | 09/29/10 | J | | |
| 187. | | | | | Buy (add'l) | 10/12/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                 J =$15,000 or less        K =$15,001 - $50,000       L =$50,001 - $100,000        M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                                P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal              R =Cost (Real Estate Only) S =Assessment                T =Cash Market
   (See Column C2)              U =Book Value             V =Other                   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Park Street Capital VI (Private Equity Fd) | F | Distribution | O | U | Buy (add'l) | 03/24/10 | J | | |
| 189. | | | | | Buy (add'l) | 05/11/10 | J | | |
| 190. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 191. | | | | | Buy (add'l) | 09/28/10 | J | | |
| 192. | | | | | Buy (add'l) | 10/01/10 | J | | |
| 193. | | | | | Buy (add'l) | 12/29/10 | J | | |
| 194. Patron Capital LP II (private equity) | | None | P1 | U | Buy (add'l) | 07/27/10 | K | | |
| 195. | | | | | Buy (add'l) | 04/27/10 | K | | |
| 196. | | | | | Buy (add'l) | 12/06/10 | K | | |
| 197. Orion Eruopean Real Estate Fd II, C.V., LP | G | Distribution | N | U | Buy (add'l) | 07/19/10 | M | | |
| 198. US Dublin LLC | | None | L | U | | | | | |
| 199. Europa Fund II US LP | E | Distribution | O | W | Buy (add'l) | 07/15/10 | K | | |
| 200. | | | | | Buy (add'l) | 09/09/10 | L | | |
| 201. Weston Presidio V LP | G | Distribution | N | U | Buy (add'l) | 04/01/10 | K | | |
| 202. IL St Municipal Bds | D | Interest | N | T | | | | | |
| 203. NJ Dev Auth Municipal Bds | D | Interest | M | T | Matured (part) | 09/01/10 | M | | |
| 204. Trust # 18 | E | Distribution | P1 | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.   - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 01/12/10 | J | | |
| 206. | | | | | Buy (add'l) | 04/16/10 | K | | |
| 207. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 208. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 209. | | | | | Buy (add'l) | 10/14/10 | J | | |
| 210. | | | | | Buy (add'l) | 12/03/10 | J | | |
| 211. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 212.   - Int in MECM Investments LLC (closely held) (x) | | | | | | | | | |
| 213. Trust # 19 | E | Distribution | P1 | T | | | | | |
| 214.   - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 01/12/10 | J | | |
| 215. | | | | | Buy (add'l) | 04/16/10 | K | | |
| 216. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 217. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 218. | | | | | Buy (add'l) | 10/14/10 | J | | |
| 219. | | | | | Buy (add'l) | 12/03/10 | J | | |
| 220. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 221.   - Int in MECM Investments LLC (closely held) (x) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Trust # 20 | E | Distribution | P1 | T | | | | | |
| 223. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 01/12/10 | J | | |
| 224. | | | | | Buy (add'l) | 04/16/10 | K | | |
| 225. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 226. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 227. | | | | | Buy (add'l) | 10/14/10 | J | | |
| 228. | | | | | Buy (add'l) | 12/03/10 | J | | |
| 229. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 230. - Int in MECM Investments LLC (closely held) (x) | | | | | | | | | |
| 231. Trust # 21 | E | Distribution | P1 | T | | | | | |
| 232. - Federated USTreas Cash Rsv cash eq mutual fd | | | | | Sold (part) | 01/12/10 | J | | |
| 233. | | | | | Buy (add'l) | 04/16/10 | K | | |
| 234. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 235. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 236. | | | | | Buy (add'l) | 10/14/10 | J | | |
| 237. | | | | | Buy (add'l) | 12/03/10 | J | | |
| 238. | | | | | Buy (add'l) | 12/20/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Int in MECM Investments LLC (closely held) (x) | | | | | | | | | |
| 240. TA Investors L.P | | None | J | W | | | | | |
| 241. Wavemark Inc Ser A pfd stock | | None | N | T | | | | | |
| 242. Centerbridge Cap Ptnrs LPs (Priv. Eq) | H1 | Distribution | P1 | U | Buy (add'l) | 04/30/10 | M | | |
| 243. Global Hotel Cap B V (priv Eq) (y) | | | | | | | | | |
| 244. Lime Rock Partners IV LP (combined) (private equities) | F | Distribution | O | U | Buy (add'l) | 07/02/10 | J | | |
| 245. | | | | | Buy (add'l) | 04/15/10 | K | | |
| 246. | | | | | Buy (add'l) | 08/26/10 | M | | |
| 247. Park St Cap Priv Eq Fd VII A LP | E | Distribution | N | U | Buy (add'l) | 01/19/10 | J | | |
| 248. | | | | | Buy (add'l) | 06/22/10 | J | | |
| 249. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 250. | | | | | Buy (add'l) | 09/27/10 | J | | |
| 251. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 252. Park St Cap Natural Res Fd III LP combined (priv Eq) | F | Distribution | P1 | U | Buy (add'l) | 02/12/10 | K | | |
| 253. | | | | | Sold (part) | 04/15/10 | K | | |
| 254. | | | | | Sold (part) | 06/30/10 | J | | |
| 255. | | | | | Buy (add'l) | 08/13/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS _— income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code I<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code I<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 08/19/10 | K | | |
| 257. | | | | | Buy<br>(add'l) | 11/18/10 | L | | |
| 258. Polaris Vent Part Entrep Fd V LP | | None | O | U | Buy<br>(add'l) | 03/19/10 | K | | |
| 259. | | | | | Buy<br>(add'l) | 04/29/10 | K | | |
| 260. | | | | | Buy<br>(add'l) | 06/28/10 | K | | |
| 261. | | | | | Buy<br>(add'l) | 10/18/10 | K | | |
| 262. Summit Ptrns Priv Eq Fd VII-A | F | Distribution | O | U | Buy<br>(add'l) | 02/26/10 | K | | |
| 263. | | | | | Buy<br>(add'l) | 04/09/10 | K | | |
| 264. | | | | | Buy<br>(add'l) | 04/27/10 | J | | |
| 265. | | | | | Buy<br>(add'l) | 05/12/10 | K | | |
| 266. | | | | | Buy<br>(add'l) | 05/21/10 | J | | |
| 267. | | | | | Buy<br>(add'l) | 10/14/10 | K | | |
| 268. | | | | | Buy<br>(add'l) | 12/13/10 | K | | |
| 269. TA X LP (Priv Eq) | G | Distribution | P1 | U | Buy<br>(add'l) | 02/04/10 | K | | |
| 270. | | | | | Buy<br>(add'l) | 03/26/10 | K | | |
| 271. | | | | | Buy<br>(add'l) | 04/01/10 | K | | |
| 272. SPDR Gold Tr (formerly Streettracks Gold<br>Trust) mutual fd | | None | P2 | T | Donated<br>(part) | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Realty Assoc Fd V Corp (REIT) | A | Dividend | J | W | | | | | |
| 274. Greenville, SC Municipal bds | D | Interest | | | Sold | 07/13/10 | M | E | |
| 275. Maricopa Cty, AZ Municipal bds | D | Interest | N | T | | | | | |
| 276. Minneapolis, MN Municipal bds | D | Interest | M | T | | | | | |
| 277. San Antonio, TX Municipal bds | D | Interest | N | T | | | | | |
| 278. Sweetwater, WY Municipal bds | C | Interest | M | T | | | | | |
| 279. University Idaho Municipal bds | D | Interest | M | T | | | | | |
| 280. Walled Lake, MI Municipal bds | C | Interest | M | T | | | | | |
| 281. UBS RMA TaxFree Fd cash eq mutual fd | A | Dividend | | | Buy (add'l) | 01/19/10 | J | | |
| 282. | | | | | Buy (add'l) | 07/01/10 | J | | |
| 283. | | | | | Sold | 12/14/10 | J | | |
| 284. Federated US Treas Cash Rsv cash eq mutual fd | A | Dividend | P1 | T | Buy (add'l) | 01/04/10 | K | | |
| 285. | | | | | Buy (add'l) | 01/05/10 | J | | |
| 286. | | | | | Buy (add'l) | 01/07/10 | L | | |
| 287. | | | | | Buy (add'l) | 01/08/10 | O | | |
| 288. | | | | | Buy (add'l) | 01/15/10 | M | | |
| 289. | | | | | Buy (add'l) | 01/19/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 01/21/10 | M | | |
| 291. | | | | | Buy (add'l) | 01/28/10 | O | | |
| 292. | | | | | Buy (add'l) | 01/29/10 | K | | |
| 293. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 294. | | | | | Buy (add'l) | 02/04/10 | N | | |
| 295. | | | | | Buy (add'l) | 02/08/10 | K | | |
| 296. | | | | | Buy (add'l) | 02/12/10 | J | | |
| 297. | | | | | Buy (add'l) | 02/19/10 | L | | |
| 298. | | | | | Buy (add'l) | 03/01/10 | K | | |
| 299. | | | | | Buy (add'l) | 03/02/10 | L | | |
| 300. | | | | | Buy (add'l) | 03/04/10 | L | | |
| 301. | | | | | Buy (add'l) | 03/08/10 | K | | |
| 302. | | | | | Buy (add'l) | 03/12/10 | N | | |
| 303. | | | | | Buy (add'l) | 03/15/10 | L | | |
| 304. | | | | | Buy (add'l) | 03/22/10 | L | | |
| 305. | | | | | Buy (add'l) | 03/24/10 | J | | |
| 306. | | | | | Buy (add'l) | 03/26/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307. | | | | | Buy (add'l) | 03/30/10 | J | | |
| 308. | | | | | Buy (add'l) | 03/31/10 | L | | |
| 309. | | | | | Buy (add'l) | 04/05/10 | J | | |
| 310. | | | | | Buy (add'l) | 04/07/10 | K | | |
| 311. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 312. | | | | | Buy (add'l) | 04/28/10 | J | | |
| 313. | | | | | Buy (add'l) | 04/29/10 | J | | |
| 314. | | | | | Buy (add'l) | 05/04/10 | J | | |
| 315. | | | | | Buy (add'l) | 05/21/10 | J | | |
| 316. | | | | | Buy (add'l) | 05/25/10 | L | | |
| 317. | | | | | Buy (add'l) | 06/01/10 | K | | |
| 318. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 319. | | | | | Buy (add'l) | 06/08/10 | J | | |
| 320. | | | | | Buy (add'l) | 06/14/10 | M | | |
| 321. | | | | | Buy (add'l) | 06/18/10 | L | | |
| 322. | | | | | Buy (add'l) | 06/23/10 | J | | |
| 323. | | | | | Buy (add'l) | 06/24/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 06/29/10 | L | | |
| 325. | | | | | Buy (add'l) | 06/30/10 | L | | |
| 326. | | | | | Buy (add'l) | 07/01/10 | N | | |
| 327. | | | | | Buy (add'l) | 07/07/10 | J | | |
| 328. | | | | | Buy (add'l) | 07/12/10 | K | | |
| 329. | | | | | Buy (add'l) | 07/14/10 | K | | |
| 330. | | | | | Buy (add'l) | 07/15/10 | M | | |
| 331. | | | | | Buy (add'l) | 07/16/10 | K | | |
| 332. | | | | | Buy (add'l) | 07/22/10 | J | | |
| 333. | | | | | Buy (add'l) | 07/23/10 | L | | |
| 334. | | | | | Buy (add'l) | 08/02/10 | K | | |
| 335. | | | | | Buy (add'l) | 08/05/10 | J | | |
| 336. | | | | | Buy (add'l) | 08/11/10 | M | | |
| 337. | | | | | Buy (add'l) | 08/23/10 | K | | |
| 338. | | | | | Buy (add'l) | 09/03/10 | K | | |
| 339. | | | | | Buy (add'l) | 09/09/10 | L | | |
| 340. | | | | | Buy (add'l) | 09/16/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 341. | | | | | Buy (add'l) | 09/17/10 | N | | |
| 342. | | | | | Buy (add'l) | 09/24/10 | K | | |
| 343. | | | | | Buy (add'l) | 09/28/10 | K | | |
| 344. | | | | | Buy (add'l) | 09/30/10 | K | | |
| 345. | | | | | Buy (add'l) | 10/01/10 | K | | |
| 346. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 347. | | | | | Buy (add'l) | 10/06/10 | L | | |
| 348. | | | | | Buy (add'l) | 10/08/10 | K | | |
| 349. | | | | | Buy (add'l) | 10/12/10 | K | | |
| 350. | | | | | Buy (add'l) | 10/13/10 | K | | |
| 351. | | | | | Buy (add'l) | 10/18/10 | K | | |
| 352. | | | | | Buy (add'l) | 10/19/10 | K | | |
| 353. | | | | | Buy (add'l) | 10/29/10 | J | | |
| 354. | | | | | Buy (add'l) | 11/01/10 | O | | |
| 355. | | | | | Buy (add'l) | 11/04/10 | K | | |
| 356. | | | | | Buy (add'l) | 11/16/10 | L | | |
| 357. | | | | | Buy (add'l) | 11/19/10 | K | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less
B =$1,001 - $2,500
C =$2,501 - $5,000
D =$5,001 - $15,000
E =$15,001 - $50,000
F =$50,001 - $100,000
G =$100,001 - $1,000,000
H1 =$1,000,001 - $5,000,000
H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less
K =$15,001 - $50,000
L =$50,001 - $100,000
M =$100,001 - $250,000
N =$250,001 - $500,000
O =$500,001 - $1,000,000
P1 =$1,000,001 - $5,000,000
P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000
P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal
R =Cost (Real Estate Only)
S =Assessment
T =Cash Market
U =Book Value
V =Other
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 11/23/10 | K | | |
| 359. | | | | | Buy (add'l) | 11/24/10 | K | | |
| 360. | | | | | Buy (add'l) | 12/01/10 | L | | |
| 361. | | | | | Buy (add'l) | 12/03/10 | O | | |
| 362. | | | | | Buy (add'l) | 12/10/10 | J | | |
| 363. | | | | | Buy (add'l) | 12/15/10 | L | | |
| 364. | | | | | Buy (add'l) | 12/16/10 | J | | |
| 365. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 366. | | | | | Buy (add'l) | 12/21/10 | K | | |
| 367. | | | | | Buy (add'l) | 12/23/10 | M | | |
| 368. | | | | | Buy (add'l) | 12/27/10 | L | | |
| 369. | | | | | Buy (add'l) | 12/28/10 | M | | |
| 370. | | | | | Buy (add'l) | 12/29/10 | L | | |
| 371. | | | | | Buy (add'l) | 12/30/10 | K | | |
| 372. | | | | | Buy (add'l) | 12/31/10 | M | | |
| 373. | | | | | Sold (part) | 01/07/10 | J | | |
| 374. | | | | | Sold (part) | 01/05/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold (part) | 01/12/10 | J | | |
| 376. | | | | | Sold (part) | 01/14/10 | K | | |
| 377. | | | | | Sold (part) | 01/22/10 | J | | |
| 378. | | | | | Sold (part) | 01/26/10 | J | | |
| 379. | | | | | Sold (part) | 01/28/10 | J | | |
| 380. | | | | | Sold (part) | 02/01/10 | J | | |
| 381. | | | | | Sold (part) | 02/02/10 | L | | |
| 382. | | | | | Sold (part) | 02/03/10 | J | | |
| 383. | | | | | Sold (part) | 02/05/10 | K | | |
| 384. | | | | | Sold (part) | 02/09/10 | J | | |
| 385. | | | | | Sold (part) | 02/10/10 | J | | |
| 386. | | | | | Sold (part) | 02/11/10 | K | | |
| 387. | | | | | Sold (part) | 02/16/10 | K | | |
| 388. | | | | | Sold (part) | 02/18/10 | J | | |
| 389. | | | | | Sold (part) | 02/22/10 | N | | |
| 390. | | | | | Sold (part) | 02/25/10 | J | | |
| 391. | | | | | Sold (part) | 02/26/10 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392. | | | | | Sold (part) | 03/01/10 | J | | |
| 393. | | | | | Sold (part) | 03/03/10 | K | | |
| 394. | | | | | Sold (part) | 03/04/10 | J | | |
| 395. | | | | | Sold (part) | 03/08/10 | J | | |
| 396. | | | | | Sold (part) | 03/10/10 | K | | |
| 397. | | | | | Sold (part) | 03/16/10 | J | | |
| 398. | | | | | Sold (part) | 03/17/10 | L | | |
| 399. | | | | | Sold (part) | 03/18/10 | L | | |
| 400. | | | | | Sold (part) | 03/25/10 | M | | |
| 401. | | | | | Sold (part) | 03/29/10 | J | | |
| 402. | | | | | Sold (part) | 04/01/10 | L | | |
| 403. | | | | | Sold (part) | 04/08/10 | J | | |
| 404. | | | | | Sold (part) | 04/09/10 | J | | |
| 405. | | | | | Sold (part) | 04/12/10 | M | | |
| 406. | | | | | Sold (part) | 04/14/10 | N | | |
| 407. | | | | | Sold (part) | 04/15/10 | K | | |
| 408. | | | | | Sold (part) | 04/19/10 | J | | |

1. Income Gain Codes:          A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes                     J =$15,000 or less          K =$15,001 - $50,000       L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                                         P3 =$25,000,001 - $50,000,000                           P4 =More than $50,000,000
3. Value Method Codes          Q =Appraisal               R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)               U =Book Value              V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold (part) | 04/21/10 | K | | |
| 410. | | | | | Sold (part) | 04/22/10 | J | | |
| 411. | | | | | Sold (part) | 04/26/10 | K | | |
| 412. | | | | | Sold (part) | 04/27/10 | K | | |
| 413. | | | | | Sold (part) | 04/30/10 | J | | |
| 414. | | | | | Sold (part) | 05/03/10 | L | | |
| 415. | | | | | Sold (part) | 05/04/10 | J | | |
| 416. | | | | | Sold (part) | 05/06/10 | J | | |
| 417. | | | | | Sold (part) | 05/10/10 | K | | |
| 418. | | | | | Sold (part) | 05/11/10 | J | | |
| 419. | | | | | Sold (part) | 05/12/10 | K | | |
| 420. | | | | | Sold (part) | 05/13/10 | J | | |
| 421. | | | | | Sold (part) | 05/17/10 | J | | |
| 422. | | | | | Sold (part) | 05/18/10 | K | | |
| 423. | | | | | Sold (part) | 05/20/10 | K | | |
| 424. | | | | | Sold (part) | 05/21/10 | J | | |
| 425. | | | | | Sold (part) | 05/24/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 426. | | | | | Sold (part) | 05/26/10 | L | | |
| 427. | | | | | Sold (part) | 05/27/10 | N | | |
| 428. | | | | | Sold (part) | 06/01/10 | J | | |
| 429. | | | | | Sold (part) | 06/02/10 | K | | |
| 430. | | | | | Sold (part) | 06/03/10 | J | | |
| 431. | | | | | Sold (part) | 06/04/10 | J | | |
| 432. | | | | | Sold (part) | 06/07/10 | K | | |
| 433. | | | | | Sold (part) | 06/10/10 | J | | |
| 434. | | | | | Sold (part) | 06/11/10 | J | | |
| 435. | | | | | Sold (part) | 06/16/10 | M | | |
| 436. | | | | | Sold (part) | 06/17/10 | J | | |
| 437. | | | | | Sold (part) | 06/21/10 | J | | |
| 438. | | | | | Sold (part) | 06/22/10 | M | | |
| 439. | | | | | Sold (part) | 06/23/10 | J | | |
| 440. | | | | | Sold (part) | 06/24/10 | L | | |
| 441. | | | | | Sold (part) | 06/25/10 | K | | |
| 442. | | | | | Sold (part) | 06/28/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS  *– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 06/30/10 | K | | |
| 444. | | | | | Sold (part) | 07/02/10 | P1 | | |
| 445. | | | | | Sold (part) | 07/06/10 | J | | |
| 446. | | | | | Sold (part) | 07/08/10 | J | | |
| 447. | | | | | Sold (part) | 07/09/10 | J | | |
| 448. | | | | | Sold (part) | 07/12/10 | J | | |
| 449. | | | | | Sold (part) | 07/13/10 | J | | |
| 450. | | | | | Sold (part) | 07/16/10 | L | | |
| 451. | | | | | Sold (part) | 07/19/10 | M | | |
| 452. | | | | | Sold (part) | 07/20/10 | K | | |
| 453. | | | | | Sold (part) | 07/21/10 | J | | |
| 454. | | | | | Sold (part) | 07/22/10 | K | | |
| 455. | | | | | Sold (part) | 07/26/10 | M | | |
| 456. | | | | | Sold (part) | 07/27/10 | K | | |
| 457. | | | | | Sold (part) | 07/28/10 | J | | |
| 458. | | | | | Sold (part) | 07/30/10 | J | | |
| 459. | | | | | Sold (part) | 08/02/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 460. | | | | | Sold (part) | 08/03/10 | J | | |
| 461. | | | | | Sold (part) | 08/04/10 | J | | |
| 462. | | | | | Sold (part) | 08/06/10 | J | | |
| 463. | | | | | Sold (part) | 08/09/10 | K | | |
| 464. | | | | | Sold (part) | 08/13/10 | J | | |
| 465. | | | | | Sold (part) | 08/16/10 | J | | |
| 466. | | | | | Sold (part) | 08/18/10 | K | | |
| 467. | | | | | Sold (part) | 08/24/10 | K | | |
| 468. | | | | | Sold (part) | 08/26/10 | M | | |
| 469. | | | | | Sold (part) | 08/30/10 | J | | |
| 470. | | | | | Sold (part) | 08/31/10 | J | | |
| 471. | | | | | Sold (part) | 09/01/10 | M | | |
| 472. | | | | | Sold (part) | 09/02/10 | J | | |
| 473. | | | | | Sold (part) | 09/07/10 | N | | |
| 474. | | | | | Sold (part) | 09/09/10 | L | | |
| 475. | | | | | Sold (part) | 09/10/10 | J | | |
| 476. | | | | | Sold (part) | 09/13/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 09/14/10 | J | | |
| 478. | | | | | Sold (part) | 09/16/10 | J | | |
| 479. | | | | | Sold (part) | 09/21/10 | J | | |
| 480. | | | | | Sold (part) | 09/22/10 | M | | |
| 481. | | | | | Sold (part) | 10/04/10 | J | | |
| 482. | | | | | Sold (part) | 10/05/10 | J | | |
| 483. | | | | | Sold (part) | 10/06/10 | J | | |
| 484. | | | | | Sold (part) | 10/07/10 | K | | |
| 485. | | | | | Sold (part) | 10/12/10 | K | | |
| 486. | | | | | Sold (part) | 10/14/10 | K | | |
| 487. | | | | | Sold (part) | 10/18/10 | K | | |
| 488. | | | | | Sold (part) | 10/21/10 | J | | |
| 489. | | | | | Sold (part) | 10/22/10 | J | | |
| 490. | | | | | Sold (part) | 10/25/10 | N | | |
| 491. | | | | | Sold (part) | 10/28/10 | L | | |
| 492. | | | | | Sold (part) | 11/01/10 | J | | |
| 493. | | | | | Sold (part) | 11/02/10 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 494. | | | | | Sold (part) | 11/03/10 | M | | |
| 495. | | | | | Sold (part) | 11/05/10 | L | | |
| 496. | | | | | Sold (part) | 11/09/10 | K | | |
| 497. | | | | | Sold (part) | 11/10/10 | K | | |
| 498. | | | | | Sold (part) | 11/18/10 | M | | |
| 499. | | | | | Sold (part) | 11/24/10 | L | | |
| 500. | | | | | Sold (part) | 11/26/10 | L | | |
| 501. | | | | | Sold (part) | 12/06/10 | L | | |
| 502. | | | | | Sold (part) | 12/08/10 | L | | |
| 503. | | | | | Sold (part) | 12/09/10 | K | | |
| 504. | | | | | Sold (part) | 12/10/10 | K | | |
| 505. | | | | | Sold (part) | 12/13/10 | K | | |
| 506. | | | | | Sold (part) | 12/15/10 | J | | |
| 507. | | | | | Sold (part) | 12/17/10 | J | | |
| 508. | | | | | Sold (part) | 12/23/10 | J | | |
| 509. | | | | | Sold (part) | 12/30/10 | L | | |
| 510. Local Motors Series A pfd closely held | None | | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511.  PIMCO Developing Local Mkt Fd mutual fd | F | Dividend | P2 | T | Buy (add'l) | 03/19/10 | O | | |
| 512. | | | | | Buy (add'l) | 07/01/10 | P1 | | |
| 513.  Van Eck Intl Invest Gold A mutual fd | H1 | Dividend | P2 | T | Buy (add'l) | 12/21/10 | O | | |
| 514. | | | | | Donated (part) | | | | |
| 515.  Hephaestion II LP priv eq | F | Distribution | P1 | U | Buy (add'l) | 03/25/10 | M | | |
| 516. | | | | | Buy (add'l) | 06/24/10 | M | | |
| 517. | | | | | Buy (add'l) | 11/02/10 | O | | |
| 518. | | | | | Buy (add'l) | 12/22/10 | N | | |
| 519.  Hephaestion Retail LP priv eq | E | Distribution | N | U | Buy (add'l) | 03/25/10 | K | | |
| 520. | | | | | Buy (add'l) | 05/27/10 | K | | |
| 521. | | | | | Buy (add'l) | 06/24/10 | K | | |
| 522. | | | | | Buy (add'l) | 11/03/10 | M | | |
| 523. | | | | | Buy (add'l) | 12/30/10 | M | | |
| 524.  Portland Global Real Est Sec Fd LP | H1 | Distribution | K | U | | | | | See Part VIII |
| 525.  Blackstone Distressed Securities Fd LP | G | Distribution | K | U | | | | | See Part VIII |
| 526.  Penta Asia Domestic Partners LP | | None | P1 | U | Buy | 02/26/10 | P1 | | |
| 527.  PSC Luxembourg Hldgs LLC | E | Distribution | K | U | Buy (add'l) | 02/08/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 528. | | | | | Buy (add'l) | 05/26/10 | J | | |
| 529. | | | | | Buy (add'l) | 10/12/10 | J | | |
| 530. Trust # 22 | G | Int./Div. | P2 | W | | | | | |
| 531. - Int in MECM Assoc II LLC closely held | | | | | | | | | |
| 532. - Hephaestion LP | | | | | Buy (add'l) | 03/25/10 | L | | |
| 533. | | | | | Buy (add'l) | 06/29/10 | J | | |
| 534. | | | | | Buy (add'l) | 12/23/10 | K | | |
| 535. - Hephaestion Co-invest I LP | | | | | Buy (add'l) | 03/25/10 | J | | |
| 536. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 537. - Porus Invt Hldg Co Ltd LP | | | | | | | | | |
| 538. - Xander Master Fund LLC | | | | | | | | | |
| 539. - Federated US Treas Cash reserve money mrkt mutual fd | | | | | Buy (add'l) | 01/08/10 | J | | |
| 540. | | | | | Buy (add'l) | 01/11/10 | K | | |
| 541. | | | | | Buy (add'l) | 02/24/10 | J | | |
| 542. | | | | | Buy (add'l) | 04/05/10 | K | | |
| 543. | | | | | Buy (add'l) | 08/24/10 | J | | |
| 544. | | | | | Buy (add'l) | 10/14/10 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS  — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 10/21/10 | J | | |
| 546. | | | | | Buy (add'l) | 11/01/10 | J | | |
| 547. | | | | | Sold (part) | 01/11/10 | J | | |
| 548. | | | | | Sold (part) | 03/25/10 | K | | |
| 549. | | | | | Sold (part) | 06/22/10 | J | | |
| 550. | | | | | Sold (part) | 09/27/10 | K | | |
| 551. | | | | | Sold (part) | 12/23/10 | K | | |
| 552. Trust # 23 | E | Int./Div. | P1 | T | | | | | |
| 553. - SPDR Gold Tr mutual fund | | | | | | | | | |
| 554. - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/16/10 | J | | |
| 555. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 556. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 557. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 558. - Realty Associates Fd IV LLC | | | | | | | | | |
| 559. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 560. Trust # 24 | D | Int./Div. | P1 | T | | | | | |
| 561. - SPDR Gold Tr mutual fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562.  - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/16/10 | J | | |
| 563. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 564. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 565. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 566.  - Realty Associates Fd IV LLC | | | | | | | | | |
| 567.  - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 568.  Trust # 25 | E | Int./Div. | P1 | T | | | | | |
| 569.  - SPDR Gold Tr mutual fund | | | | | | | | | |
| 570.  - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/16/10 | J | | |
| 571. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 572. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 573. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 574.  - Realty Associates Fd IV LLC | | | | | | | | | |
| 575.  - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 576.  Trust # 26 | E | Int./Div. | P1 | T | | | | | |
| 577.  - SPDR Gold Tr mutual fund | | | | | | | | | |
| 578.  - Federated US Treas Cash Rsv mutual fund | | | | | Buy (add'l) | 04/16/10 | J | | |

1. Income Gain Codes:      A =$1,000 or less          B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000     G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:             J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000     M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000    O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                        P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal              R =Cost (Real Estate Only)   S =Assessment            T =Cash Market
   (See Column C2)           U =Book Value             V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 06/03/10 | J | | |
| 580. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 581. | | | | | Buy (add'l) | 12/20/10 | J | | |
| 582. - Realty Associates Fd IV LLC | | | | | | | | | |
| 583. Liveprocess Crop Ser A pfd stock | | None | J | T | | | | | |
| 584. Neurophage Pharmls Inc Series A cv pfd stock | | None | J | T | | | | | |
| 585. Wavemark Inc Ser B pfd stock | | None | M | T | | | | | |
| 586. Vanguard Inflat Protected mutual fund | F | Dividend | P1 | T | Sold (part) | 03/09/10 | P1 | F | |
| 587. | | | | | Sold (part) | 10/29/10 | O | G | |
| 588. Meridia Capital LP | | None | O | U | Buy (add'l) | 06/02/10 | L | | |
| 589. Meta4 Group Ltd LP | | None | J | U | | | | | |
| 590. Elliott Associates, LP | | None | P2 | U | | | | | |
| 591. Hony Capital Fund 2008, LP | | None | O | U | Buy (add'l) | 02/02/10 | K | | |
| 592. | | | | | Buy (add'l) | 02/25/10 | M | | |
| 593. | | | | | Buy (add'l) | 06/07/10 | K | | |
| 594. | | | | | Buy (add'l) | 06/25/10 | K | | |
| 595. | | | | | Buy (add'l) | 09/01/10 | M | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes:    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Esti

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Buy (add'l) | 10/25/10 | N | | |
| 597. | | | | | Buy (add'l) | 11/24/10 | L | | |
| 598. Line Rock Partners V, LP combined | C | Distribution | P1 | U | Buy (add'l) | 03/18/10 | L | | |
| 599. | | | | | Buy (add'l) | 04/21/10 | K | | |
| 600. | | | | | Buy (add'l) | 05/20/10 | K | | |
| 601. | | | | | Buy (add'l) | 06/10/10 | K | | |
| 602. | | | | | Buy (add'l) | 07/16/10 | K | | |
| 603. | | | | | Buy (add'l) | 09/01/10 | K | | |
| 604. | | | | | Buy (add'l) | 12/23/10 | K | | |
| 605. Lone Star Fund VI (US), LP | G | Distribution | P1 | U | Buy (add'l) | 08/26/10 | M | | |
| 606. Lone Star Europe Holdings (US), LP | C | Distribution | N | U | | | | | |
| 607. Lone Star Real Estate Fund (US), LP | G | Distribution | P1 | U | Buy (add'l) | 04/14/10 | M | | |
| 608. | | | | | Buy (add'l) | 06/21/10 | M | | |
| 609. Middle East North Africa Opportunities Fd, LP | | None | L | U | Sold (part) | 01/27/10 | O | | |
| 610. Portland Capital LLP | A | Distribution | L | W | | | | | |
| 611. MA Health & Ed Municipal Bds | C | Interest | L | T | | | | | |
| 612. MECM Associates LLC closely held | | | P3 | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. - Abrams Capital Partners II LP | | None | P1 | U | | | | | |
| 614. - Baupost Value Partners LP II | | None | P1 | U | | | | | |
| 615. - Brookside Cap Partners Fd LP | | None | P1 | U | | | | | |
| 616. - Kensico Associates LP | | None | P2 | U | | | | | |
| 617. Auburndale FL Municipal bds | E | Interest | N | T | | | | | |
| 618. Berkeley Cty SC Municipal bd | E | Interest | N | T | | | | | |
| 619. Birmingham AL Municipal Bds | D | Interest | M | T | | | | | |
| 620. Dallas TX Municipal bds | D | Interest | | | Sold | 02/11/10 | N | D | |
| 621. Hawaii St Municipal Bds | E | Interest | O | T | Buy (add'l) | 02/10/10 | M | | |
| 622. Intermountain Pwr Agy UT Municipal bds | D | Interest | N | T | Buy | 02/02/10 | N | | |
| 623. Met Trans Auth NY Municipal Bds | E | Interest | N | T | | | | | |
| 624. Washington St Municipal Bds | C | Interest | M | T | | | | | |
| 625. Michigan St Municipal bds | C | Interest | | | Sold | 09/28/10 | M | D | |
| 626. NY St MUnicipal Bds | D | Interest | | | Sold | 06/23/10 | N | C | |
| 627. Anchorage AK Municipal Bds | D | Interest | N | T | | | | | |
| 628. Chatham Cty GA Municipal Bds | C | Interest | M | T | | | | | |
| 629. MA St College Bds Municipal Bds | D | Interest | N | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630.  Trust # 27 | E | Int./Div. | O | T | | | | | |
| 631.  - Boston, MA Bunicipal Bds | | | | | Sold | 08/24/10 | K | B | |
| 632.  - Chilmark MA Municipal Bds | | | | | Sold | 08/24/10 | K | A | |
| 633.  - MA Bay Transit Municipal Bds | | | | | Sold | 08/24/10 | K | B | |
| 634.  - MA Commonwealth SR A Municipal Bds | | | | | Sold | 08/24/10 | K | A | |
| 635.  - MA Commonwealth SR B Municpal Bds | | | | | Sold | 08/24/10 | J | | |
| 636.  - MA HEFA Municipal Bds | | | | | Sold | 08/24/10 | L | C | |
| 637.  - MA Port Auth Municipal Bds | | | | | Sold | 08/24/10 | K | A | |
| 638.  - MA Water Polltn Municipal Bds | | | | | Sold | 08/24/10 | K | A | |
| 639.  - Norwood MA Municipal Bds | | | | | Sold | 08/24/10 | L | A | |
| 640.  - Town of Foxborough MA Municipal Bds | | | | | Sold | 08/24/10 | K | B | |
| 641.  - University MA Bldg Municipal Bds | | | | | Sold | 08/24/10 | M | D | |
| 642.  - Ishares MSCI Brazil Index Fd | | | | | Buy | 06/11/10 | L | | |
| 643.  - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 644.  - UBS Bank USA deposit account | | | | | Sold | 08/27/10 | J | | |
| 645.  - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 02/19/10 | K | | |
| 646. | | | | | Buy (add'l) | 03/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,001 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 03/03/10 | J | | |
| 648. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 649. | | | | | Buy (add'l) | 05/21/10 | J | | |
| 650. | | | | | Buy (add'l) | 07/23/10 | J | | |
| 651. | | | | | Buy (add'l) | 08/27/10 | N | | |
| 652. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 653. | | | | | Buy (add'l) | 12/30/10 | J | | |
| 654. | | | | | Sold (part) | 01/05/10 | J | | |
| 655. | | | | | Sold (part) | 01/06/10 | J | | |
| 656. | | | | | Sold (part) | 01/25/10 | J | | |
| 657. | | | | | Sold (part) | 02/25/10 | J | | |
| 658. | | | | | Sold (part) | 03/17/10 | K | | |
| 659. | | | | | Sold (part) | 03/25/10 | J | | |
| 660. | | | | | Sold (part) | 04/26/10 | J | | |
| 661. | | | | | Sold (part) | 06/10/10 | J | | |
| 662. | | | | | Sold (part) | 06/16/10 | L | | |
| 663. | | | | | Sold (part) | 07/06/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. | | | | | Sold (part) | 09/21/10 | M | | |
| 665. | | | | | Sold (part) | 09/22/10 | M | | |
| 666. - Vanguard Developed Mkts Index, mutual fd (x) | | | | | Buy | 09/20/10 | M | | |
| 667. - Vanguard Dividend Appre, mutual fd (x) | | | | | Buy | 09/21/10 | M | | |
| 668. - Vanguard Emerging Markets, mutual fd (x) | | | | | Buy | 09/20/10 | M | | |
| 669. Trust # 28 | E | Int./Div. | P1 | T | | | | | |
| 670. - Boston, MA Bunicipal Bds | | | | | Sold | 08/24/10 | K | B | |
| 671. - Chilmark MA Municipal Bds | | | | | Sold | 08/24/10 | K | A | |
| 672. - MA Bay Transit Municipal Bds | | | | | Sold | 08/24/10 | K | B | |
| 673. - MA Commonwealth SR A Municipal Bds | | | | | Sold | 08/24/10 | K | A | |
| 674. - MA Commonwealth SR B Municpal Bds | | | | | Sold | 08/24/10 | J | | |
| 675. - MA HEFA Municipal Bds | | | | | Sold | 08/24/10 | L | B | |
| 676. - MA Port Auth Municipal Bds | | | | | Sold | 08/24/10 | K | A | |
| 677. - MA Tpk Auth Municipal Bds | | | | | Sold | 08/24/10 | K | | |
| 678. - MA Water Polltn Municipal Bds | | | | | Sold | 08/24/10 | K | C | |
| 679. - Norwood MA Municipal Bds | | | | | Sold | 08/24/10 | L | A | |
| 680. - University MA Bldg Municipal Bds | | | | | Sold | 08/24/10 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I11 =$1,000,001 - $5,000,000 | I12 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681. - Ishares MSCI Brazil Index Fd | | | | | Buy | 06/11/10 | L | | |
| 682. - Int in MECM Investments LLC (closely held) | | | | | | | | | |
| 683. - UBS Bank USA deposit account | | | | | Sold | 08/27/10 | J | | |
| 684. - Federated US Treas Cash Rsv money mrkt (mutual fd) | | | | | Buy (add'l) | 02/19/10 | K | | |
| 685. | | | | | Buy (add'l) | 03/01/10 | J | | |
| 686. | | | | | Buy (add'l) | 04/16/10 | J | | |
| 687. | | | | | Buy (add'l) | 05/21/10 | J | | |
| 688. | | | | | Buy (add'l) | 07/23/10 | J | | |
| 689. | | | | | Buy (add'l) | 08/27/10 | N | | |
| 690. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 691. | | | | | Buy (add'l) | 12/30/10 | J | | |
| 692. | | | | | Sold (part) | 01/05/10 | J | | |
| 693. | | | | | Sold (part) | 03/17/10 | K | | |
| 694. | | | | | Sold (part) | 06/16/10 | L | | |
| 695. | | | | | Sold (part) | 07/12/10 | J | | |
| 696. | | | | | Sold (part) | 09/21/10 | M | | |
| 697. | | | | | Sold (part) | 09/22/10 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 698. - Vanguard Developed Mkts Index, mutual fd (x) | | | | | Buy | 09/20/10 | M | | |
| 699. - Vanguard Dividend Appre, mutual fd (x) | | | | | Buy | 09/21/10 | M | | |
| 700. - Vanguard Emerging Markets, mutual fd (x) | | | | | Buy | 09/20/10 | M | | |
| 701. Chilton Gobal Natural Res Partners LP | | None | P1 | U | | | | | |
| 702. CX Partners Fd Limited (private eq) | F | Distribution | M | U | Buy (add'l) | 02/10/10 | K | | |
| 703. | | | | | Buy (add'l) | 09/22/10 | L | | |
| 704. | | | | | Buy (add'l) | 11/24/10 | L | | |
| 705. Hephaestion III LP | | None | O | U | Buy (add'l) | 05/27/10 | N | | |
| 706. | | | | | Buy (add'l) | 09/07/10 | N | | |
| 707. | | | | | Buy (add'l) | 11/02/10 | M | | |
| 708. Mondrian Intl Fixed Income Fd LP | E | Distribution | P2 | U | Sold (part) | 08/15/10 | P1 | E | |
| 709. | | | | | Sold (part) | 10/22/10 | J | A | |
| 710. Orion European Real Estate Fd III CV (priv eq) | E | Distribution | O | U | Buy (add'l) | 07/26/10 | M | | |
| 711. RBC (Royal Bank of Canada), bank accounts | B | Interest | P1 | T | | | | | |
| 712. RBC Dominion Securities Inc | G | Interest | P2 | T | | | | | |
| 713. - Government of Canada Provincial Treasury Bills | | | | | Buy (add'l) | 07/30/10 | M | | |
| 714. | | | | | Buy (add'l) | 08/03/10 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | Redeemed (part) | 09/01/10 | O | | |
| 716. - Canada Housing Trust Mtge Bds | | | | | Redeemed (part) | 03/15/10 | M | | |
| 717. | | | | | Buy (add'l) | 08/03/10 | M | | |
| 718. | | | | | Buy (add'l) | 09/23/10 | O | | |
| 719. - RBC Bankers' Acceptances | | | | | Matured (part) | 01/08/10 | M | | |
| 720. | | | | | Buy (add'l) | 01/08/10 | M | | |
| 721. | | | | | Matured (part) | 02/09/10 | M | | |
| 722. | | | | | Buy (add'l) | 02/10/10 | M | | |
| 723. | | | | | Redeemed (part) | 04/05/10 | M | | |
| 724. | | | | | Matured | 04/12/10 | J | | |
| 725. - Bank of Montreal GIC | | | | | | | | | |
| 726. - HSBC Bank GIC | | | | | | | | | |
| 727. - National Bank of Canada GIC | | | | | | | | | |
| 728. - Royal Bank of Canada GIC | | | | | Buy (add'l) | 07/26/10 | M | | |
| 729. - Province of Ontario Notes | | | | | Buy (add'l) | 04/07/10 | M | | |
| 730. - Province of Quebec Notes | | | | | | | | | |
| 731. - Province of British Columbia Notes (semi-annual package) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 732. - Hydro Quebec notes (int only package) | | | | | | | | | |
| 733. - RBC Mortgage Corp GIC | | | | | | | | | |
| 734. - RBC Covered Bds (x)) | | | | | Buy | 04/07/10 | N | | |
| 735. | | | | | Sold | 11/30/10 | N | A | |
| 736. - Alberta Cap Fin Auth Bonds (x) | | | | | Buy | 08/03/10 | M | | |
| 737. - Financement Quebec Bonds (x) | | | | | Buy | 11/30/10 | N | | |
| 738. Gold boullion | | None | P1 | T | | | | | |
| 739. US Treas TIPS Bds | G | Interest | P1 | T | | | | | |
| 740. MECM Investments LLC (closely held) | G | Int./Div. | P2 | W | | | | | |
| 741. - Weston MA Municipal Bds | | | | | Sold | 03/01/10 | M | | |
| 742. - Westford MA Municipal Bds | | | | | Sold | 04/01/10 | M | | |
| 743. - Northampton MA Municipal Bds | | | | | Sold | 06/15/10 | M | | |
| 744. - MA Commonwealth SR A Municipal Bds | | | | | Sold | 06/16/10 | K | A | |
| 745. - MA Port Auth Municipal Bds | | | | | Sold | 06/16/10 | L | A | |
| 746. - MA Water Polltn Municipal Bds | | | | | Sold | 06/16/10 | K | A | |
| 747. - MA Cons Ln Municipal Bds | | | | | Sold | 06/16/10 | L | A | |
| 748. - Auburndale FL Municipal Bds | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - Berkeley Cty SC Municipal Bds | | | | | | | | | |
| 750. - Easley SC Municipal Bds | | | | | | | | | |
| 751. - IL St Municipal Bds | | | | | | | | | |
| 752. - Maine St Municipal Bds | | | | | | | | | |
| 753. - Met Trans Auth NY Municipal Bds | | | | | | | | | |
| 754. - Mississippi St Municipal Bds | | | | | | | | | |
| 755. - NY St Dorm Auth Municipal Bds | | | | | Sold | 09/02/10 | M | E | |
| 756. - Reg Trans Dist Co Municipal Bds | | | | | | | | | |
| 757. - Pimco Foreign Bd Fd mutual fd | | | | | Sold (part) | 06/11/10 | O | F | |
| 758. | | | | | Sold (part) | 06/25/10 | P1 | G | |
| 759. | | | | | Sold (part) | 12/27/10 | P1 | G | |
| 760. - US Treas TIPS Bds | | | | | Sold | 06/11/10 | O | | |
| 761. - Vanguard Inflat Protected mutual fd | | | | | Sold (part) | 03/09/10 | P1 | F | |
| 762. | | | | | Sold (part) | 03/23/10 | P1 | G | |
| 763. | | | | | Sold | 06/11/10 | O | F | |
| 764. - Ishares MSCI Brazil Index Fd mutual fd | | | | | | | | | |
| 765. - SPDR Gold Trust mutual fd | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 766. - Int in MECM Associates II LLC (closely held) | | | | | | | | | |
| 767. - Anchorage AK Municipal Bds | | | | | | | | | |
| 768. - Chatham Cty GA Municipal Bds | | | | | | | | | |
| 769. - MA St College Bldg Auth Municipal Bds | | | | | | | | | |
| 770. - NJ St Trans Municipal Bds | | | | | Sold (part) | 03/19/10 | M | B | |
| 771. | | | | | Buy (add'l) | 10/06/10 | N | | |
| 772. - NY St Municipal Bds | | | | | Sold (part) | 06/23/10 | N | B | |
| 773. - RMA Tax-Free Fund Inc money mrkt (mutual fd) | | | | | Buy (add'l) | 01/05/10 | J | | |
| 774. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 775. | | | | | Sold (part) | 02/26/10 | M | | |
| 776. | | | | | Buy (add'l) | 03/02/10 | M | | |
| 777. | | | | | Buy (add'l) | 04/05/10 | M | | |
| 778. | | | | | Sold (part) | 05/04/10 | N | | |
| 779. | | | | | Buy (add'l) | 06/16/10 | M | | |
| 780. | | | | | Sold | 06/21/10 | M | | |
| 781. - Chilton Global Natural Res Prtners LP | | | | | | | | | |
| 782. - Pimco Developing Local Mkt Fd (mutual fund) | | | | | Buy (add'l) | 03/09/10 | P1 | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes:   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. | | | | | Buy (add'l) | 06/11/10 | O | | |
| 784. - Gold Boullion | | | | | | | | | |
| 785. - Federated US Treas Cash Rsv money markt (mutual fd) | | | | | Buy (add'l) | 01/05/10 | J | | |
| 786. | | | | | Buy (add'l) | 01/11/10 | J | | |
| 787. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 788. | | | | | Buy (add'l) | 03/01/10 | M | | |
| 789. | | | | | Buy (add'l) | 03/02/10 | J | | |
| 790. | | | | | Buy (add'l) | 03/24/10 | P1 | | |
| 791. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 792. | | | | | Buy (add'l) | 04/05/10 | J | | |
| 793. | | | | | Buy (add'l) | 04/15/10 | J | | |
| 794. | | | | | Buy (add'l) | 05/04/10 | J | | |
| 795. | | | | | Buy (add'l) | 05/17/10 | N | | |
| 796. | | | | | Buy (add'l) | 05/24/10 | K | | |
| 797. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 798. | | | | | Buy (add'l) | 06/14/10 | O | | |
| 799. | | | | | Buy (add'l) | 06/16/10 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. | | | | | Buy (add'l) | 06/22/10 | N | | |
| 801. | | | | | Buy (add'l) | 06/24/10 | P1 | | |
| 802. | | | | | Buy (add'l) | 06/28/10 | P1 | | |
| 803. | | | | | Buy (add'l) | 07/02/10 | J | | |
| 804. | | | | | Buy (add'l) | 08/02/10 | K | | |
| 805. | | | | | Buy (add'l) | 08/03/10 | J | | |
| 806. | | | | | Buy (add'l) | 08/05/10 | J | | |
| 807. | | | | | Buy (add'l) | 08/09/10 | J | | |
| 808. | | | | | Buy (add'l) | 08/13/10 | K | | |
| 809. | | | | | Buy (add'l) | 08/16/10 | K | | |
| 810. | | | | | Buy (add'l) | 08/17/10 | J | | |
| 811. | | | | | Buy (add'l) | 08/19/10 | J | | |
| 812. | | | | | Buy (add'l) | 08/31/10 | K | | |
| 813. | | | | | Buy (add'l) | 09/02/10 | J | | |
| 814. | | | | | Buy (add'l) | 09/27/10 | J | | |
| 815. | | | | | Buy (add'l) | 09/29/10 | L | | |
| 816. | | | | | Buy (add'l) | 10/04/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817. | | | | | Buy (add'l) | 10/29/10 | K | | |
| 818. | | | | | Buy (add'l) | 11/02/10 | J | | |
| 819. | | | | | Buy (add'l) | 11/05/10 | J | | |
| 820. | | | | | Buy (add'l) | 11/08/10 | J | | |
| 821. | | | | | Buy (add'l) | 11/12/10 | K | | |
| 822. | | | | | Buy (add'l) | 11/15/10 | J | | |
| 823. | | | | | Buy (add'l) | 11/16/10 | J | | |
| 824. | | | | | Buy (add'l) | 11/17/10 | J | | |
| 825. | | | | | Buy (add'l) | 11/19/10 | J | | |
| 826. | | | | | Buy (add'l) | 11/30/10 | J | | |
| 827. | | | | | Buy (add'l) | 12/02/10 | J | | |
| 828. | | | | | Buy (add'l) | 12/06/10 | J | | |
| 829. | | | | | Buy (add'l) | 12/16/10 | J | | |
| 830. | | | | | Buy (add'l) | 12/23/10 | J | | |
| 831. | | | | | Buy (add'l) | 12/28/10 | J | | |
| 832. | | | | | Buy (add'l) | 12/30/10 | K | | |
| 833. | | | | | Sold (part) | 03/29/10 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. | | | | | Sold (part) | 04/16/10 | J | | |
| 835. | | | | | Sold (part) | 06/03/10 | K | | |
| 836. | | | | | Sold (part) | 06/29/10 | N | | |
| 837. | | | | | Sold (part) | 07/01/10 | N | | |
| 838. | | | | | Sold (part) | 07/06/10 | N | | |
| 839. | | | | | Sold (part) | 07/13/10 | P1 | | |
| 840. | | | | | Sold (part) | 07/14/10 | O | | |
| 841. | | | | | Sold (part) | 07/15/10 | K | | |
| 842. | | | | | Sold (part) | 08/04/10 | K | | |
| 843. | | | | | Sold (part) | 08/13/10 | J | | |
| 844. | | | | | Sold (part) | 09/08/10 | K | | |
| 845. | | | | | Sold (part) | 09/20/10 | J | | |
| 846. | | | | | Sold (part) | 09/28/10 | K | | |
| 847. | | | | | Sold (part) | 09/30/10 | K | | |
| 848. | | | | | Sold (part) | 10/25/10 | J | | |
| 849. | | | | | Sold (part) | 11/18/10 | K | | |
| 850. | | | | | Sold (part) | 12/01/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. | | | | | Sold (part) | 12/03/10 | K | | |
| 852. | | | | | Sold (part) | 12/10/10 | K | | |
| 853. | | | | | Sold (part) | 12/20/10 | K | | |
| 854. - Vanguard Developed Mkts Index, mutual fd (x) | | | | | Buy | 06/28/10 | N | | |
| 855. - Vanguard Dividend Appre, mutual fd (x) | | | | | Buy | 12/27/10 | P1 | | |
| 856. - Vanguard Emerging Mkts, mutual fd (x) | | | | | Buy | 07/02/10 | N | | |
| 857. - Vanguard 500 Index Fd, mutual fd (x) | | | | | Buy | 06/03/10 | P1 | | |
| 858. - SCP Atlantic Fd, L.P. (x) | | | | | Buy | 03/29/10 | P1 | | |
| 859. - Boardwalk Pipeline Partners LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 860. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 861. - Buckeye Partners LP, PTP (x) | | | | | Buy | 07/08/10 | L | | |
| 862. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 863. - Chesapeake Midstream Partners LP, PTP (x) | | | | | Buy | 07/28/10 | J | | |
| 864. - Copano Energy LLC, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 865. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 866. | | | | | Buy (add'l) | 09/27/10 | K | | |
| 867. - DCP Midstream Partners LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 868. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 869. - Duncan Energy Partners LP, PTP (x) | | | | | Buy | 07/08/10 | J | | |
| 870. | | | | | Buy (add'l) | 07/09/10 | J | | |
| 871. | | | | | Sold | 12/06/10 | K | C | |
| 872. - El Paso Pipeline Partners LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 873. | | | | | Buy (add'l) | 07/09/10 | K | . | |
| 874. | | | | | Buy (add'l) | 09/15/10 | K | | |
| 875. | | | | | Buy (add'l) | 11/16/10 | K | | |
| 876. - Enbridge Energy Partners LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 877. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 878. | | | | | Sold (part) | 09/15/10 | K | | |
| 879. - Energy Transfer Partners LP, PTP (x) | | | | | Buy | 07/08/10 | L | | |
| 880. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 881. - Energy Transfer LP, PTP (z) | | | | | Buy | 07/08/10 | K | | |
| 882. | | | | | Buy (add'l) | 07/09/10 | L | | |
| 883. - Enterprise Prods Partners LP, PTP (x) | | | | | Buy | 07/08/10 | L | | |
| 884. | | | | | Buy (add'l) | 07/09/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 885. | | | | | Buy (add'l) | 12/09/10 | K | | |
| 886.  - Holly Energy Partners LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 887. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 888. | | | | | Sold (part) | 12/01/10 | K | B | |
| 889.  - Inergy LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 890. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 891.  - Kinder Morgan Energy Partners LP, PTP (x) | | | | | Buy | 07/08/10 | L | | |
| 892. | | | | | Buy (add'l) | 07/09/10 | L | | |
| 893. | | | | | Sold (part) | 09/24/10 | L | B | |
| 894.  - Kinder Morgan Management LLC, PTP (z) | | | | | Buy | 07/08/10 | K | | |
| 895. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 896. | | | | | Sold (part) | 07/28/10 | J | | |
| 897. | | | | | Buy (add'l) | 11/15/10 | J | | |
| 898.  - Magellan Midstream Partners, PTP (x) | | | | | Buy | 07/08/10 | L | | |
| 899. | | | | | Buy (add'l) | 07/09/10 | L | | |
| 900. | | | | | Buy (add'l) | 11/30/10 | K | | |
| 901.  - Markwest Energy LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 902. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 903. | | | | | Sold (part) | 12/13/10 | J | A | |
| 904. - Niska Gass Storage, PTP (x) | | | | | Buy | 07/08/10 | J | | |
| 905. | | | | | Buy (add'l) | 07/09/10 | J | | |
| 906. - Nustar Energy LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 907. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 908. - Oneok Partners LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 909. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 910. - PAA Natural Gas Storage LP, PTP (x) | | | | | Buy | 07/08/10 | J | | |
| 911. | | | | | Buy (add'l) | 07/09/10 | J | | |
| 912. - Plains All American Pipeline LP, PTP (x) | | | | | Buy | 07/08/10 | L | | |
| 913. | | | | | Buy (add'l) | 07/09/10 | L | | |
| 914. - Regency Energy Partners LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 915. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 916. | | | | | Buy (add'l) | 09/23/10 | K | | |
| 917. - Spectra Energy Partners LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 918. | | | | | Buy (add'l) | 07/09/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 919. | | | | | Sold (part) | 09/15/10 | K | | |
| 920. - Sunoco Logistics Partners LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 921. | | | | | Buy (add'l) | 07/09/10 | L | | |
| 922. - TC Pipeline LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 923. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 924. | | | | | Sold (part) | 11/16/10 | K | C | |
| 925. - Targa Resources Partners LP, PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 926. | | | | | Buy (add'l) | 07/09/10 | K | | |
| 927. - Targa Resources PTP (x) | | | | | Buy | 12/06/10 | J | | |
| 928. - Weston Gas Partners LP, PTP (x) | | | | | Buy | 07/08/10 | J | | |
| 929. | | | | | Buy (add'l) | 07/09/10 | J | | |
| 930. - Williams Partners PTP (x) | | | | | Buy | 07/08/10 | K | | |
| 931. | | | | | Buy (add'l) | 07/09/10 | L | | |
| 932. | | | | | Buy (add'l) | 09/24/10 | K | | |
| 933. - Clearwater FL Wtr & Swr bds, municipal bds (x) | | | | | Buy | 02/02/10 | M | | |
| 934. - Dallas, TX Wtrwks bds, municipal bds (x) | | | | | Buy | 06/16/10 | M | | |
| 935. | | | | | Sold | 09/02/10 | M | E | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | III =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 936. - Florida Hurricane Catastrophe Bds, municipal bds (x) | | | | | Buy | 05/14/10 | M | | |
| 937. | | | | | Sold | 09/10/10 | M | C | |
| 938. - Hawaii St bds, municipal bds (x) | | | | | Buy | 02/10/10 | M | | |
| 939. - Intermountain Pwr Agy Utah Bds, municipal bds (x) | | | | | Buy | 02/02/10 | M | | |
| 940. - Kentucky Commn Agy Fd Rev Bds, municipal bds (x) | | | | | Buy | 03/15/10 | N | | |
| 941. | | | | | Sold | 05/11/10 | N | A | |
| 942. - Loudoun Cty VA Bds, municipal bds (x) | | | | | Buy | 04/14/10 | N | | |
| 943. - Lower Colo Rvr Auth TX bds, municipal bds (x) | | | | | Buy | 01/14/10 | M | | |
| 944. | | | | | Sold | 05/18/10 | M | C | |
| 945. - Lower Maakefield Twp PA Bds, municipal bds (x) | | | | | Buy | 03/04/10 | M | | |
| 946. - MA Dept Trans Met Hwy Sys Bd, municpal bds (x) | | | | | Buy | 05/19/10 | M | | |
| 947. - MA St Dev Fin Agy Bds, municipal bds (x) | | | | | Buy | 11/03/10 | M | | |
| 948. - NM Fin Auth St Trans Rev Bds, municipal bds (x) | | | | | Buy | 04/20/10 | M | | |
| 949. | | | | | Sold | 11/12/10 | M | C | |
| 950. - Osceola Cty FL Sales Tax Rev Bds, municipal bds (x) | | | | | Buy | 04/21/10 | N | | |
| 951. - TX St Bds, municipal bds (x) | | | | | Buy | 09/23/10 | M | | |
| 952. - WI St Trans Rev Bds, municipal bds (x) | | | | | Buy | 11/23/10 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during r | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 953. MECM Associates II LLC (closely held) | | None | P2 | W | | | | | |
| 954. - Baupost Value Partners LP II | | | | | | | | | |
| 955. - Elliott Associates LP | | | | | | | | | |
| 956. - HighVista I LP | | | | | | | | | |
| 957. - Penta Asia Long Short Fd Ltd LP | | | | | | | | | |
| 958. - X Investment Holdings co Ltd LP | | | | | | | | | |
| 959. - Federated US Teas Cash Rsv money market (mutual fd) | | | | | Buy (add'l) | 12/31/10 | M | | |
| 960. Ishares MSCI Brazil Index Fd (mutual fd) (x) | D | Dividend | M | T | Buy | 06/11/10 | M | | |
| 961. First Republic Bank, Bank account (x) | A | Interest | L | T | Open | 02/02/10 | K | | |
| 962. Perry Partners, LP (private equity) (x) | E | Dividend | K | U | | | | | See Part VIII |
| 963. Local Motors Inc Ser B pfd, closely held stock (x) | | None | M | T | Buy | 02/22/10 | M | | |
| 964. Local Motors Inc Ser C pfd, closely held stock (x) | | None | L | T | Buy | 11/10/10 | L | | |
| 965. Webcam Generation Inc Ser A pfd stock, closely held (x) | | None | K | T | Buy | 07/22/10 | L | | |
| 966. FHB Formation LLC, private equity (x) | | None | | | Buy | 12/22/10 | M | | |
| 967. | | | | | Merged (with line 968) | 12/29/10 | M | | See Part VIII |
| 968. Northeast Bancorp (Ticker: NBN - NASDAQ) (x) | | None | M | T | | | | | See Part VIII |
| 969. Highland Capital Partners VIII, LP (x) | | None | K | U | Buy | 02/25/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | I1 =$1,000,001 - $5,000,000 | I2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 970. | | | | | Buy (add'l) | 04/23/10 | J | | |
| 971. | | | | | Buy (add'l) | 06/04/10 | J | | |
| 972. | | | | | Buy (add'l) | 06/30/10 | J | | |
| 973. | | | | | Buy (add'l) | 11/18/10 | J | | |
| 974. | | | | | | | | | |
| 975. | | | | | | | | | |
| 976. Dallas, TX Wtrwks bds, municipal bds (x) | B | Interest | | | Buy | 06/16/10 | N | | |
| 977. | | | | | Sold | 09/02/10 | N | E | |
| 978. Florida Hurricane Catastrophe Bds, municipal bds (x) | C | Interest | | | Buy | 05/14/10 | N | | |
| 979. | | | | | Sold | 09/30/10 | N | D | |
| 980. Hawaii Cnty, HI bds, municipal bds (x) | A | Interest | M | T | Buy | 07/14/10 | M | | |
| 981. Lower Colo Rvr Auth TX bds, municipal bds (x) | C | Interest | | | Buy | 01/10/10 | N | | |
| 982. | | | | | Sold | 05/18/10 | N | D | |
| 983. Lower Maakefield Twp PA Bds, municipal bds (x) | D | Interest | N | T | Buy | 03/04/10 | N | | |
| 984. MA Dept Trans Met Hwy Sys Bd, municpal bds (x) | A | Interest | N | T | Buy | 05/19/10 | N | | |
| 985. MN St Bds, municipal bds (x) | | None | M | T | Buy | 09/19/10 | M | | |
| 986. New Jersey St bds, municipal bds (x) | A | Interest | N | T | Buy | 10/06/10 | M | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987. | | | | | Buy (add'l) | 10/29/10 | N | | |
| 988. NM Fin Auth St Trans Rev Bds, municipal bds (x) | C | Interest | | | Buy | 04/20/10 | N | | |
| 989. | | | | | Sold | 11/12/10 | N | D | |
| 990. TX St Bds, municipal bds (x) | | None | N | T | Buy | 09/23/10 | N | . | |
| 991. WI St Trans Rev Bds, municipal bds (x) | | None | N | T | Buy | 11/23/10 | N | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Postions -
A. Reference is made to Trust #3 and Trust #4 ▓▓▓▓▓▓▓▓▓ All asssets have been separately reported on the FDR and properly disclosed.


Part VII. Investments and Trusts -
A. Items listed on calendar year 2009 Financial Disclosure Report (FDR) and excluded for calendar year 2010 do no meet the aggregate income, or aggregate value levels outlined in the Financial Disclosure Report Filing Instructions for Judicial Officers and Employees (said instructions referencing Sections 102(a)(3) and 102(a)(1)(B)).
B. 2010 FDR, Part VII, notations -

In Column D(1) Type: "Open" has been used when financial accounts were opened (e.g., item #961). "Open" has also been used as the "Type" for all in-kind security contributions.
In Column D(1) Type: "Closed" has been used when a separate financial account was closed (e.g., item #7).

Item #  81: SPDR Gold Trust shares were gifted by ▓▓▓▓▓▓ to Trust #5, a private foundation created ▓▓▓▓▓▓
Item # 155: MFB Northern municipal money market daily detail activity was not available at filing.  The net increase from buys and sells has been reported to correctly reflect the actual "gross value" (column C(1)) as of 12/3110.
Item # 176: Return of investment was receied in 2010 and therefore column C(1) has been adjusted accordingly to reflect a decrease in value.
Item # 966 & 968: FHB Formation LLC merged with Northeast Bankcorp effective 12/29/10 resulting in the receipt of Northeast Bancorp stock reported as new item #968.
Item # 962: Perry Partners LP is a privae equity investment that was previously reported as sold.  During calendar 2010 Perry Partnres LP advised that an interest is still held and therefore reportable on ▓▓▓▓ 2010 FDR.

| Name of Person Reporting | Date of Report |
|---|---|
| SARIS, PATTI B. | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ PATTI B. SARIS

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544